IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLIE LEE TAYLOR**                                                        **PLAINTIFF**

v.                                                     No. 4:17CV83-SA-RP

**RICHARD PENNINGTON, ET AL.**                               **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [8]
FOR PRELIMINARY INJUNCTION**

This matter comes before the court on the motion [8] by the plaintiff for a preliminary injunction. The plaintiff requests that the court order the defendants to return a file box containing legal materials to him. The court has, however, dismissed this claim on the merits in his memorandum opinion [15] and judgment [16]. For the reasons set forth in its prior memorandum opinion, the instant motion [8] for preliminary injunction is **DENIED**.

**SO ORDERED**, this, the 27th day of November, 2017.

                                                     **/s/ Sharion Aycock**
                                                     **U.S. DISTRICT JUDGE**